IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

    Case No. 3:11cr153

GABRIEL NEWMAN,

    JUDGE WALTER HERBERT RICE

    Defendant.

---

ENTRY REFERRING DEFENDANT TO DR. MASSIMO DEMARCHIS, PSY. D., FOR MENTAL STATUS EVALUATION PURSUANT TO 18 U.S.C. §4244

---

Pursuant to the record made in open Court, this Court, upon its own motion, refers the Defendant to Dr. Massimo DeMarchis, Psy. D., for a report and recommendation on his present mental status, pursuant to 18 U.S.C. §4244.

The Court will enclose both the Presentence Report and a Sentencing Memorandum prepared by the Defendant's attorney, Cheryll Bennett.

The doctor is requested to reach out to any family members he deems necessary and to counsel of record, Ms. Cheryll Bennett for the Defendant (225-7687) and Assistant United States Attorney Andrew Hunt (225-2910). This Court is interested in the Defendant's motivation to make changes in his lifestyle and what "tools" would be needed to enable him to carry that motivation into reality.

The Defendant is at the Montgomery County Jail, or will be, effective on the close of business on Thursday, May 17, 2012.

The personnel at the Montgomery County Jail is directed to give Dr. DeMarchis free and full access to the Defendant, for purposes of this evaluation.

May 15, 2012

WALTER HERBERT RICE
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record
Amy Albright, U. S. Probation Officer
United States Marshals Service
Montgomery County Jail